UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION
_____

JOCELYN BALLARD ON BEHALF         CIVIL ACTION NO. 04-1927-A
OF "A.B.N."

-vs-                                        JUDGE DRELL

JO ANNE B. BARNHART
COMMISSIONER OF                   MAGISTRATE JUDGE KIRK
SOCIAL SECURITY

## JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation suggesting the final decision of the Commissioner be affirmed, Plaintiff's Complaint be denied, and Plaintiff's Motion to Remand be denied. (Document No. 20.) After reviewing the entire file in this matter, including the written objections, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Report and Recommendation, subject only to the following modification: contrary to the Magistrate Judge's notations on page 3 of his Report and Recommendation, the last date referenced in the Avoyelles Mental Health Clinic records is February 2003, not December 2003. (R., p. 121.)

Accordingly, IT IS ORDERED that the decision of the Commissioner is AFFIRMED, Plaintiff's application for Supplemental Security Income payments on

behalf of the minor child is DENIED, Plaintiff's claim is DISMISSED WITH PREJUDICE, and Plaintiff's Motion to Remand (Document No. 14) is DENIED.

SIGNED on this 9th day of January, 2006, at Alexandria, Louisiana.


Dee D. Drell
United States District Judge